UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DERIVEAU,

    Petitioner,

v.

    Case No. 05-CV-71191-DT
    Criminal Case No. 03-80893-DT
    HONORABLE DENISE PAGE HOOD

UNITED STATES OF AMERICA,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered this date and the Court having entered an order denying Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255;

Accordingly, judgment is entered in favor of Respondent and against Petitioner.

    DAVID J. WEAVER
    CLERK OF COURT

Approved:    By: s/ Wm. F. LEWIS
    Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: May 26, 2005

Detroit, Michigan